No. 4,684.—STATE EX REL. FARMERS' ELEVATOR CO. ET AL., RELATORS, *v.* DISTRICT COURT OF THE FIFTEENTH JUDICIAL DISTRICT ET AL., RESPONDENTS.

Original application for Writ of Supervisory Control.

Decided July 14, 1920.

PER CURIAM.—The applications of relators for writ of supervisory control is after due consideration denied.

*Mr. M. J. Lamb, Messrs. Jeffries & McNaught* and *Messrs. Madeen & Russell,* for Relators.

---

No. 4,417.—THE AUERBACH MINING & MILLING CO., RESPONDENT, *v.* PHILIPSBURG MINING CO., APPELLANT.

*Appeal from District Court, Granite County; Geo. B. Winston, Judge.*

Decided July 14, 1920.

PER CURIAM.—Upon motion of appellant, the appeal in the above-entitled action is dismissed.

*Mr. W. E. Moore* and *Mr. Chas. R. Leonard,* for Appellant.